**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

JO-DAN INTERNATIONAL, INC.
a Michigan Corporation, and
Henry Milan, an individual,

       *Plaintiffs/Counter-Defendants*

v.

FISKARS BRANDS, INC.,
a Wisconsin Corporation,
FISKARS BRANDS, INC.,
POWER SENTRY DIVISION,
a Minnesota Corporation,

       *Defendants/Counter-Plaintiffs*,

   and

POWERTECH INDUSTRIAL CO., LTD.,
a Taiwanese Company,

       *Defendant*.
_____/

CASE NO: 05-40179
Honorable Paul V. Gadola
Magistrate R. Steven Whalen

**BUTZEL LONG**

By: J. Michael Huget (P39150)
    Theresa A. Orr (P42748)
Attorneys for Plaintiffs
350 S. Main Street, Ste. 300
Ann Arbor, Michigan 48104
(734) 995-3110
_____/

**STIPULATION OF DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS, WITH PREJUDICE, PURSUANT TO RULE 41(a) (1) (ii) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiffs and Counter-defendants JO-DAN INTERNATIONAL, INC. and Henry Milan, on the one hand, and Defendants and Counter-Plaintiffs, FISKARS BRANDS, INC., and FISKARS BRANDS, INC., POWER SENTRY DIVISION, and Defendant POWERTECH INDUSTRIAL CO., LTD. on the other hand, through their respective counsel of record, hereby stipulate that all claims and counterclaims asserted in the above-captioned action shall be, and hereby are, dismissed, with prejudice, with each party to bear its own costs and fees, and waiving all rights of appeal.

IT IS SO STIPULATED

**BUTZEL LONG**

Dated: June 16, 2006        By: s/ J. Michael Huget
J. Michael Huget (P39150)
Theresa A. Orr (P42748)
Attorneys for Plaintiffs and Counter-Defendants JO-DAN INTERNATIONAL, INC. and Henry Milan
350 S. Main Street, Ste. 300
Ann Arbor, Michigan 48104
(734) 995-3110
huget@butzel.com

**BRINKS HOFER GILSON & LIONE**

Dated: June 16, 2006        By: s/ with consent of James K. Cleland
James K. Cleland (P68507)
Attorneys for Defendant, Powertech Industrial Co., Ltd.
524 South Main Street, Suite 200
Ann Arbor, MI 48104
734-302-6000
jcleland@brinkshofer.com

Harold V. Johnson
John C. Freeman
NBC Tower, Suite 3600
455 N. Cityfront Plaza Drive
Chicago, IL 60611-5599
312-321-4200

**FOLEY & LARDNER LLP**

Dated: June 16, 2006

By: <u>s/ with consent of Barry L. Grossman</u>
Jason D. Menges (P64228)
John A. VanOphem (P48804)
Attorneys for Defendants and Counter-Plaintiffs Fiskars Brands, Incorporated, and Power Sentry Division of Fiskars Brands
500 Woodward Avenue
Suite 2700
Detroit, MI 48226-3489
313-234-7100

Barry L. Grossman
John M. Lazarus
777 East Wisconsin Avenue, Suite 3800
Milwaukee, WI 53202-5306
414-271-2400

Case 4:05-cv-40179-PVG-RSW   Document 25   Filed 06/16/2006   Page 3 of 4

**Certificate of Service**

I hereby certify that on June 16, 2006, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:.

- **James K. Cleland**
  jcleland@brinkshofer.com federalcourts@brinkshofer.com
- **J. Michael Huget**
  huget@butzel.com harkle@butzel.com
- **Jason D. Menges**
  jmenges@foley.com
- **Theresa A. Orr**
  orr@butzel.com ball@butzel.com
- **John P. Seurynck**
  jseurynck@dickinsonwright.com
- **John A. VanOphem**
  jvanophem@foley.com mkacso@foley.com

Respectfully submitted,

                                 BUTZEL LONG

                                 By: s/ J. Michael Huget
                                 J. Michael Huget (P39150)
                                 350 South Main Street, Suite 300
                                 Ann Arbor, Michigan 48104
                                 Telephone: (734) 995-3110
                                 Facsimile: (734) 995-1777
                                 huget@butzel.com